UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>WATERFORD FUNDING, LLC, *et al.*,<br><br>    Debtors<br><br>GIL A. MILLER, Chapter 11 Trustee for WATERFORD FUNDING, LLC, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>JOHN STONE,<br><br>    Defendant. | No. 2:15-mc-0137 WBS AC<br><br><br>ORDER |

   Defendant has filed an *Ex Parte* Application To Recall Writs of Executions and Judgment Levies. Defendant asserts that plaintiff will not oppose the application. ECF No. 29. However the parties have not filed a stipulation, and plaintiff has not filed a Statement of Non-Opposition.

   Accordingly, IT IS HEREBY ORDERED that plaintiff shall file its response to defendant's Application no later than one week from the date of this order.

DATED: May 26, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE